IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

| | |
|---|---|
| Mozelle Luchie,<br><br>Plaintiff,<br><br>vs.<br><br>Convergent Outsourcing, Inc.,<br><br>Defendant. | Civil Action No. 1:18-cv-00473-MGL |

# NOTICE OF SETTLEMENT AND REQUEST TO ENTER RUBIN ORDER AS TO CONVERGENT OUTSOURCING, INC.

Plaintiff Mozelle Luchie and Defendant Convergent Outsourcing, Inc., have agreed to settle the above entitled action. Plaintiff Mozelle Luchie requests that the Court enter a *Rubin Order* to allow time to consummate the agreement. The parties will reinstate the action within sixty (60) days if the settlement is not consummated.

DAVE MAXFIELD, ATTORNEY, LLC

By:    _s/ Dave Maxfield_____
David A. Maxfield, Fed. ID 6293
P.O. Box 11865
Columbia, SC 29211
803-509-6800
855-299-1656 (fax)
dave@consumerlawsc.com
*Counsel for Plaintiff*

DATED: June 7, 2018

Columbia, South Carolina