IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Mozelle Luchie,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Convergent Outsourcing, Inc.,<br><br>　　　　　　　Defendant | C/A No. 1:18-cv-00473-MGL |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CONVERGENT OUTSOURCING, INC.

Plaintiff Mozelle Luchie hereby dismisses her claims against Defendant Convergent Outsourcing, Inc. with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

NOW THEREFORE, it is hereby stipulated that the claims of the Plaintiff Mozelle Luchie against Defendant Convergent Outsourcing, Inc. are dismissed with prejudice with each party to bear its own fees and expenses.

WE SO STIPULATE:

| | |
|---|---|
| s/ Dave Maxfield_____ | s/Chad V. Echols__ |
| Dave Maxfield, Fed. ID 6293 | Chad V. Echols, Fed. ID 9810 |
| Dave Maxfield, Attorney, LLC | The Echols Firm |
| P.O. Box 11865 | PO Box 12645 |
| Columbia, SC 29211 | Rock Hill, SC 29731 |
| (803) 509-6800 | (803) 329-8970 |
| (855) 299-1656 fax | Chad.echols@theecholsfirm.com |
| dave@consumerlawsc.com | *Attorney for Convergent Outsourcing, Inc.* |
| *Attorney for Mozelle Luchie* | |

DATED: July 31, 2018

Aiken, South Carolina